IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAYA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-2361-JAR |
| | ) |
| WRIGHT BUSINESS SCHOOL, | ) |
| | ) |
| Defendant. | ) |

**<u>REPORT AND RECOMMENDATION</u>**

This case was filed by plaintiff, proceeding pro se, on August 1, 2008. On August 4, 2008, the court found plaintiff's financial affidavit accompanying her application for leave to file action without payment of fees, costs, or security incomplete and ordered her to file a supplemental financial affidavit by August 18, 2008. Plaintiff failed to file such a supplemental financial affidavit. On August 20, 2008, the court denied plaintiff's application to proceed in forma pauperis based on the incomplete information in her financial affidavit. The court ordered plaintiff to pay the $350 filing fee by September 4, 2008. The court advised that if the required fee was not received by the specified date, the undersigned magistrate judge would recommend to the district judge that the case be dismissed in its entirety.

The court sent plaintiff the August 20, 2008 order regular and certified mail. Ardeana Jones signed for the certified mail copy on August 21, 2008 (*see* doc. 8). To date, plaintiff

has failed to pay the required filing fee. Therefore, the court recommends that this case be dismissed without prejudice for failure to pay the $350 filing fee.

Within 10 days after being served with a copy of this recommended disposition, plaintiff may serve and file specific, written objections to the proposed recommendation.[1] If no objections are timely filed within the ten-day period, no appellate review will be allowed by any court.

A copy of this order shall be mailed by the clerk to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated this 15th day of September, 2008, at Kansas City, Kansas.

                                 s/James P. O'Hara
                                 James P. O'Hara
                                 U.S. Magistrate Judge

---

[1] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).