# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHAYA JONES,** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-2361-JAR |
| ) | |
| **WRIGHT BUSINESS SCHOOL** ) | |
| **Defendant.** ) | |
| _____ \_\_\_\_) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge James P. O'Hara, finding that plaintiff was given due notice of Judge O'Hara's proposed findings and recommendations, and upon de novo review of the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, in accordance with the September 15, 2008 Recommendation and Report (Doc. 9).

**IT IS SO ORDERED**.

Dated this  1st   day of October, 2008.

 S/   Julie A. Robinson
**Julie A. Robinson**
**United States District Judge**

Case 2:08-cv-02361-JAR-JPO   Document 11   Filed 10/01/08   Page 2 of 2